UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jesse Bailey IV, | Case No.: 3:25-cv-00054-ART-CLB |
| Petitioner | Order Granting Extension of Time to File an Amended Petition to |
| v. | December 15, 2025 |
| State of Nevada, *et al.*, | (ECF No. 12) |
| Respondents. | |

Through his counsel the Federal Public Defender, Jesse Bailey IV asks the Court for an extension of time to file an amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 12.) Counsel explains that the FPD investigator is reviewing extensive discovery and prior counsel files as well as a partial investigation of actual innocence. Good cause appearing,

It is ordered that Petitioner's motion for extension of time to file an amended petition **(ECF No. 12) is GRANTED** *nunc pro tunc.* **The deadline is extended to December 15, 2025**.

Dated this 17th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE