UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE BAILY IV, | Case No. 3:25-cv-00054-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | |

Petitioner Jesse Baily IV requests an extension of time to file his first his amended petition. (ECF Nos. 14, 17, 19.) Respondents oppose Bailey's requests for extension based on additional investigation as futile. (ECF Nos. 15, 18.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner's third Motion for Extension of Time (ECF No. 14) is granted *nunc pro tunc.*

It is further ordered that Petitioner's fourth Motion for Extension of Time (ECF No. 17) is granted *nunc pro tunc.*

It is further ordered that Petitioner's fifth Motion for Extension of Time (ECF No. 19) is granted. Bailey has until July 15, 2026, to file his first amended petition.

DATED THIS 14th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1